IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0270-CG-N |
| | ) |
| ROLLIN ROCKETT, IV, | ) |
| | ) |
| Defendant. | ) |

## CHARGING ORDER AGAINST ROLLIN ROCKETT, IV

WHEREAS, this matter having come on for consideration upon Plaintiff SE Property Holdings, LLC's application for a Charging Order pursuant to §10A-5-6.05, Ala. Code (1975), with respect to the financial interests of the defendant ROLLIN ROCKETT, IV in his limited liability companies of Kendallbrook, Limited Liability Company, Kennedy Park, Limited Liability Company, and RR IV Properties, LLC (the "Companies"), and good cause appearing, it is

**ORDERED** that a lien is charged against the financial interests of ROLLIN ROCKETT, IV in the Companies in the amount of $552,611.23, being the unsatisfied principal balance of the final judgment of July 18, 2013, rendered in favor of Plaintiff and against ROLLIN ROCKETT, IV, plus post-judgment interest and costs, and that said Companies are Ordered to distribute to the Plaintiff any income, officer's fees, bonuses, distributions, salaries or dividends paid or otherwise conveyed to ROLLIN ROCKETT, IV by reason of any interest he owns in the Companies until Plaintiff's judgment is satisfied in full.

IT IS FURTHER **ORDERED** that, without demand, the Companies are to mail to Plaintiff a report each time a distribution is made with respect to any transferable interest, listing the amount and timing of all distributions made at that time or in connection with that distribution. Reports and Payments are to be directed as follows:

> c/o Gilbert Fontenot, Attorney for SE Property Holdings, LLC
> P.O. Box 1281
> Mobile, AL, 36633.

**DONE and ORDERED** this 15th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE